AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of New York

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| Nicholas J. Coronato | Case No. 7:24-MJ-1190(KPB) |
| | USM No. |
| | Benjamin Gold |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   NYVTL 1192(1), NYVTL 1229-c(2)(b), NYVTL 1229-c(2)(b)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| NYVTL 1192(1) | Driving While Ability Impaired | 09/09/2023 | 1 |
| NYVTL 1229-c(2)(b), | Operating Motor Vehicle with Unrestrained Passenge | 09/09/2023 | 2 |
| NYVTL 1229-c(2)(b) | Operating Motor Vehicle with Unrestrained Passenge | 09/09/2023 | 3 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 5.00 | $ 6,000.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   4504

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
West Point, NY

04/05/2024
Date of Imposition of Judgment

*/s/ Kim Berg*
Signature of Judge

Kim P. Berg, U.S.M.J.
Name and Title of Judge

04/05/2024
Date